UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                       No. 6 CR 988 (LTS)
                                                            No. 16 CV 4981 (LTS)

GERALD SCOTT,

       Defendant.

-------------------------------------------------------x

## ORDER

On March 2, 2021, the United States Court of Appeals for the Second Circuit issued a decision, after a rehearing en banc, vacating the Court's amended judgment reducing Mr. Scott's sentence after granting his habeas petition pursuant to 28 U.S.C. section 2255, and instructing the Court to reinstate Mr. Scott's original sentence. (See case no. 6 CR 988, docket entry nos. 82, 100, and 104.) The parties are directed to meet and confer and, within seven days of the issuance of the mandate from the Court of Appeals, file a joint letter setting forth their respective positions as to whether a conference or hearing is necessary, and the time table that the Court should establish for resumption of the service of the original custodial term.

       SO ORDERED.

Dated: New York, New York
       March 12, 2021

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge