# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

October 7, 2021

**BY ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:     ***United States v. Gerald Scott***
        **No. 06-cr-988**

Dear Chief Judge Swain:

We write to request that Mr. Scott's surrender date, which is currently October 12th, be extended to October 29th. Mr. Scott's petition for a writ of certiorari is scheduled to be taken up at the Supreme Court's October 15th conference. *See* https://www.supremecourt.gov/search.aspx?filename=/docket/DocketFiles/html/Public/20-7778.html. Your Honor previously set Mr. Scott's surrender date as October 12th "subject to further extension if the cert petition is not resolved by that date." Docket Entry 112 at 3. Because the petition will not be resolved by October 12th, we respectfully request an extension to October 29th. We have conferred with Assistant United States Attorney Catherine Ghosh, who tells us she agrees to this request.

Respectfully submitted,

*s/ Matthew B. Larsen*
*s/ Jennifer E. Willis*
Assistant Federal Defenders

cc:     AUSA Catherine Ghosh

The application is granted. Mr. Scott's surrender date is extended to October **28**, 2021 (subject to further extension if the cert petition is not resolved by that date). Docket entry no. 109 is resolved.
SO ORDERED.
10/7/2021
/s/ Laura Taylor Swain, USDJ