

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2021

**By ECF and Email**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re: *United States v. Gerald Scott*, 06 Cr. 988 (LTS)

Dear Chief Judge Swain:

The Government respectfully submits this letter to request a modification of the briefing schedule to the defendant's pending motion for compassionate release. (*See* ECF No. 117). The parties have discussed the matter, and the Government requests that its response be due on or before December 6, 2021, and that the defendant's reply, if any, be due on or before December 13, 2021. The defendant, through Assistant Federal Defender Matthew Larsen, has agreed with this proposed timeline.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Andrew Jones*
Andrew Jones
Assistant United States Attorney
(212) 637-2249

cc: Assistant Federal Defenders Matthew Larsen and Jennifer Willis

The request for modification of the briefing schedule is granted. The Government's response is due on December 6, 2021, and the Defense's reply is due on December 13, 2021. Docket entry no. 121 is resolved.
SO ORDERED.
11/29/2021
/s/ Laura Taylor Swain, Chief USDJ